Thinemar SWAYZER, Plaintiff–
Appellant,

v.

UNITED STATES DEPARTMENT OF
DEFENSE, Defendant–Appellee.

No. 01–1624.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 27, 2001.

Decided Dec. 12, 2001.

James A. Endicott, Jr., Harker Heights, Texas, for appellant. Kenneth E. Melson, United States Attorney, Dennis E. Szybala, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Thinemar Swayzer appeals the district court's order dismissing her civil action alleging discrimination under the Rehabilitation Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Swayzer v. United States Dep't of Defense*, No. 99–1407–A (E.D. Va. filed Mar. 6, 2001; entered Mar. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*